UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HAC NHU NGUYEN,
A#021439074,

Petitioner,

v.

WARDEN OF IMPERIAL REGIONAL
DETENTION FACILITY, et al.,

Respondents.

Case No.:  26-cv-1627-RSH-AHG

**ORDER:**

**(1) DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND**

**(2) SETTING DEADLINE TO AVOID DISMISSAL OF PETITION FOR FAILURE TO SATISFY FILING FEE REQUIREMENT**

**[ECF No. 2]**

Petitioner Hac Nhu Nguyen ("Petitioner"), a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, along with a motion to proceed in forma pauperis. ECF Nos. 1-2. Upon review, a document entitled "MTC – Imperial Regional Detention Center Resident Account Statement," which Petitioner submitted along with the motion to proceed in forma pauperis, appears to reflect $34.66 in available funds in Petitioner's account. *See* ECF No. 2 at 7. The filing fee associated with this type of action is $5.00. *See* 28 U.S.C. § 1914(a).

1

Because it appears Petitioner can pay the $5.00 filing fee, Petitioner's motion to proceed in forma pauperis [ECF No. 2] is **DENIED**.

Because the Court cannot proceed until Petitioner has either paid the $5.00 filing fee or has qualified to proceed in forma pauperis, this case is subject to dismissal without prejudice. *See* S.D. Cal. CivLR 3.2; *see also* R. 1(b), 3(a), Rules Governing Section 2254 Cases (2019). To avoid dismissal of this habeas case, Petitioner must, no later than **May 18, 2026**: (1) pay the $5.00 filing fee **OR** (2) submit adequate proof of Petitioner's inability to pay the fee.[1] *For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank application to proceed in forma pauperis.*

**IT IS SO ORDERED.**

Dated: March 17, 2026

_____
Hon. Robert S. Huie
United States District Judge

---

[1] In setting this deadline, the Court also recognizes that Petitioner appears to indicate he has encountered difficulties in obtaining a "signature" or "the $5 money orders because the finance people they don't issue the inmate finance fund anymore." ECF No. 2 at 5.